**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Andrews Lyons(04-A-0627) : | |
| VS. : | 07cv4597(KMK)(MDF) |
| LaClaire : | ORDER STAYING PROCEEDINGS |
| : | |



**THE COURT HEREBY ORDERS:**

That Plaintiff Lyons application on consent of the Westchester County District Attorneys Office, to stay the Plaintiffs Federal Habeas Corpus proceedings until the outcome of his related state court matter, is Granted.

DATED: February 19 , 2008

SO ORDERED:

_____
MARK D. FOX
UNITED STATES MAGISTRATE JUDGE


MARK D. FOX
United States Magistrate Judge
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Copies mailed / handed / faxed to counsel 2/19/08